# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DAPHNY GERMAIN,**

    **Plaintiff,**

**vs.**                                                       **Case No. 4:16cv800-RH/CAS**

**LEON COUNTY JAIL AND STAFF,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case in late December 2016, ECF No. 1, and was granted in forma pauperis status. ECF No. 4. In March 2017, the pro se Plaintiff was ordered to file a second amended complaint. ECF No. 6. Plaintiff was also granted an extension of time in which to comply. ECF Nos. 7-8. Plaintiff's deadline to comply was May 8, 2017. As of this date, Plaintiff has not filed the second amended complaint. Because Plaintiff was advised that if the second amended complaint was not filed as required, a recommendation would be entered to dismiss this case, dismissal is now appropriate. It appears that Plaintiff has abandoned this litigation.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and for failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on June 12, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv800-RH/CAS