# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAPHNY GERMAIN,

    Plaintiff,

v.                            CASE NO. 4:16cv800-RH/CAS

LEON COUNTY JAIL AND STAFF,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 30, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge